FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2013 JUL 24  PM 2: 04

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

HEATHER EARLEY,

    Plaintiff,

v.                                 Case No.: 3:13-cv-521-J-20JBT

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court on Defendant, Nationstar Mortgage LLC's, Motion to Dismiss Complaint, and/or Motion for More Definite Statement" (Dkt. 11), Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion to Dismiss or For More Definite Statement (Dkt. 12), and Plaintiff's response (Dkt. 13).

Defendant sought to dismiss the Complaint for failing to state causes of action. Prior to filing a response, Plaintiff sought an extension of time to respond due to a fire at Plaintiff's attorney's office, and that extension has been granted. Once the response was filed, Plaintiff sought leave of this Court to file a Second Amended Complaint, and Plaintiff does not oppose that request.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion to Dismiss or For More Definite Statement (Dkt. 12) is **GRANTED**;

2. Defendant, Nationstar Mortgage LLC's, Motion to Dismiss Complaint, and/or Motion for More Definite Statement" (Dkt. 11) is **DENIED**; and

3. The Clerk is directed to file the proposed "Second Amended Complaint and Demand for Jury Trial," which may be found as the Exhibit to Plaintiff's response (Dkt. 13-1).

**DONE AND ENTERED** at Jacksonville, Florida, this 24 day of July, 2013.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Max Story, Esq.
David Applegate, Esq.